ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Sipcam Agro USA, Inc.       )
                               )
      Plaintiff,       )
                               )
v.                            )
                               )
Syngenta Crop Protection, Inc.  )
                               )
      Defendant.     )
                               )

**1:02 CV-2848**
**WBH**

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Sipcam Agro USA, Inc. ("Sipcam") hereby alleges the following as its Complaint for Declaratory Judgment:

### PARTIES

1.    Plaintiff Sipcam Agro USA, Inc., is a Georgia Corporation with its principal place of business at 300 Colonial Center Parkway, Suite 230, Roswell, Georgia 30076.

2.    Upon information and belief, Defendant Syngenta Crop Protection, Inc. ("Syngenta") is a Deleware corporation with its principal place of business at 410 Swing Road, Greensboro, North Carolina 27409.

### JURISDICTION AND VENUE

3.    This action is brought pursuant to 28 U.S.C. §§ 2201 and 2202 following.

declaration of Sipcam's rights in an actual controversy between Sipcam and

Syngenta within the jurisdiction of this Court.  This Court has jurisdiction over the

cause of action as it arises under 28 U.S.C. §1331 and §1338, and pursuant to 15

U.S.C. §1121.

4.    Venue is appropriate pursuant to 28 U.S.C. § 1391(b) and (c).

## FACTS

### Sypcam's Use of MEFONOXAM

5.    Sipcam manufactures and sells a fungicide composed of 25.1% (R)-2-

[(2,6-dimethylphenyl) methoxyacetylamino propionic acid methyl ester, and

74.9% inert ingredients.

6.    The common generic name for the fungicide that Sipcam sells is

"mefenoxam."

7.    Sipcam sells its mefenoxam fungicide under the name "Mefenoxam

2." A copy of the label for Sipcam's mefenoxam fungicide is attached hereto as

Exhibit A.

### Defendant's Threats to Sue

8.    On or about February 21, 2002, Syngenta sent Sipcam a letter stating

that Syngenta owned the trademark " 'Mefenoxam'/Mefenoxam 2," alleging that

Sipcam's use of "Mefenoxam 2" on its product labels infringed Syngenta's

trademark rights, and requesting confirmation of the steps that that Sipcam would undertake to "terminate this infringement and to avoid future confusion." (Exhibit B.)

9.      On March 1, 2002, Sipcam responded to Syngenta's letter, indicating that mefenoxam is the common name for the product and not available to trademark. (Exhibit C.)

10.     On April 11, 2002, Syngenta sent another letter to Sipcam, stating "my client has longstanding trademark rights to the mark Mefenoxam. While it may not prohibit the use of that name as an active ingredient by others, it can assert, use, and prevent others from using the name as a trademark." (Exhibit D.) Syngenta further stated in the letter that the use of "Mefenoxam" or "Mefenoxam 2" on the label for its fungicide product was "a blatant misrepresentation, inaccurate, and a further act (in addition to the earlier false trademark claims) of Unfair Competition (15 U.S.C. sec 1125(a))."

11.     On September 9, 2002, Syngenta sent another letter to Sipcam, demanding that Syngenta "immediately cease use of 'MEFENOXAM' or 'MEFENOXAM 2' as a brand name." Syngenta further stated in the September 9, 2002 letter: "If you fail to take this simple and legally required action, my clients will seek redress in federal district court. I must have your response within 14

days." (Exhibit E.)

12.    On October 7, 2002, Syngenta sent another letter to Sipcam, entitled "Final Demand." In the October 7 letter, Syngenta again re-alleged that Sipcam's use of MEFENOXAM 2 was illegal, misleading, and constituted an act of unfair competition. Syngenta again demanded that Sipcam immediately cease its use of MEFENOXAM or MEFENOXAM 2 as brand names, and again threatened to "seek redress in federal district court." (Exhibit F.)

13.    Based on these communications, Sipcam has a real and reasonable apprehension of being sued for trademark infringement and unfair competition.

## COUNT I

## DECLARATORY JUDGMENT OF RESPECTIVE RIGHTS

14.    An actual controversy exists between the parties with respect to whether Sipcam's use of mefenoxam and Mefenoxam 2 infringes any rights of Syngenta.

15.    "Mefenoxam" is the generic term for the fungicide composed of (R)-2-[(2,6-dimethylphenyl) methoxyacetylamino propionic acid methyl ester.

16.    Sipcam's use of the terms mefenoxam and Mefenoxam 2 does not violate any rights of Syngenta.

17.    Sipcam is entitled to a declaration pursuant to 28 U.S.C. § 2201

stating that mefenoxam is the generic term for the fungicide composed of (R)-2-[(2,6-dimethylphenyl) methoxyacetylamino propionic acid methyl ester, and that Sipcam's use of the terms mefenoxam and Mefenoxam 2 has not infringed and does not infringe any rights of Syngenta, and does not constitute unfair competition.

**WHEREFORE, PLAINTIFF PRAYS FOR**

a) A declaration that mefenoxam is the generic term for the fungicide composed of (R)-2-[(2,6-dimethylphenyl) methoxyacetylamino propionic acid methyl ester.

b) A declaration that Syngenta has no protectable or enforceable rights, trademark or otherwise, in the term mefenoxam.

c) A declaration that Sipcam's use of the terms mefenoxam and Mefenoxam 2 has not infringed and does not infringe any rights of Syngenta, and does not constitute unfair competition.

d) An award of Sipcam's reasonable attorney fees incurred in connection with this matter, pursuant to 15 U.S.C. § 1117(a) and 28 U.S.C. § 2202.

e) An award of costs incurred in this matter.

f) Any other relief that this Court deems appropriate.

Dated this _18 th_ day of _October_, 2002.

Respectfully submitted,

Sumner C. Rosenberg
Georgia Bar No. 614,550
Lawrence K. Nodine
Georgia Bar No. 545,250
Mark L. Seigel
Georgia Bar No. 634,617
NEEDLE & ROSENBERG, P.C.
The Candler Building, Suite 1200
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 688-0770 (telephone)
(404) 688-9880 (facsimile)

**ATTORNEYS FOR PLAINTIFF**



 / ATTACHMENT

_____ _A_____

(To be scanned in place of tab)

PEEL BACK BOOK HERE AND RESEAL AFTER OPENING ►



# SIPCAM AGRO USA, INC.

# Mefenoxam 2

## TURF AND ORNAMENTAL FUNGICIDE
*For the control of certain diseases in various crops caused by the Oomycete class of fungi*

**COMPOSITION**
**ACTIVE INGREDIENT:** (% by weight)
(R,S)-2-[(2,6-dimethylphenyl) methoxyacetylamino] propionic acid methyl ester ......................
**INERT INGREDIENTS:** ..........................................
TOTAL ...........................................................

Mefenoxam 2 contains 2 lbs. active ingredient (mefenoxam) per gallon.

---

## KEEP OUT OF REACH OF CHILDREN
## WARNING / AVISO

Si usted no entiende la etiqueta, busque a alguien para que se la explique a usted en detalle. (If you do not understand this label, find someone to explain it to you in detail).

**FIRST AID**
**IF IN EYES.** Hold eyelids open and flush with a steady, gentle stream of water for 15 minutes. Get medical attention.
**IF ON SKIN:** Wash thoroughly with soap and water. Get medical attention.
**IF SWALLOWED:** Drink promptly a large quantity of milk, egg whites, gelatin solution, or if these are not available, drink large quantities of water. Avoid alcohol. Immediately contact a physician, hospital or local Poison Control Center. Do not induce vomiting.
**Note to Physician:** If ingested, lavage stomach. A slurry of activated charcoal in water can be left in the stomach.

See Inside Booklet for Additional Precautions and Directions for Use.

Manufactured For:
**SIPCAM AGRO USA, INC.**
300 Colonial Center Pkwy, Suite 230
Roswell, Georgia 30076
www.sipcamagrousa.com

EPA Reg. No. 55146-84-60063
EPA Est. No. 5905-GA-1

Net Contents
2.5 Gallons





# EXHIBIT / ATTACHMENT

$\mathcal{B}$

(To be scanned in place of tab)

James A. Zellinger
Trademark Counsel

Syngenta Crop Protection, Inc.
P.O. Box 18300
Greensboro, NC 27419-8300
www.syngenta.com

Tel 336-632-7635
Fax 336-632-2012
e-mail jim.zellinger@syngenta.com

**syngenta**

February 21, 2002

Sipcam Agro USA, Inc.
300 Col. Center Pkwy.
Suite 230
Rosewell, GA  30076

Agtrol International
7322 SW Freeway
Suite 1400
Houston, TX 77074

SUBJECT:   _Syngenta Trademark "Mefenoxam"/Mefenoxam 2_

Dear Sirs:

Please note that I represent Syngenta Crop Protection, Inc. which is the owner and/or exclusively licensed user of the above trademark.

I have been advised that your company is marketing a brand of fungicide bearing the term "Mefenoxam 2" and claiming trademark ownership thereon. While this adoption of those terms may have been innocent, your company has no rights to use the term Mefenoxam as a trademark. Registrations exist in foreign countries, and an application currently exists before the United States Patent and Trademark Office.

Your use of the term 'Mefenoxam' constitutes infringement of my client's trademark rights.  It is also an act of Unfair Competition and violation of Section 43(a) of the Lanham Act (15 United States Code 1125(a)).

Please confirm in writing within 14 days of this letter those steps which you will undertake to terminate this infringement and to avoid future confusion.

Very truly yours,

James A. Zellinger
Trademark Counsel
Syngenta Crop Protection, Inc.

0210J220 (ALM)
[LC\MLETTERS]

## Zellinger Jim USGR

| | |
|---|---|
| **From:** | Hofmann Joachim CHBS |
| **Sent:** | Monday, September 09, 2002 4:35 AM |
| **To:** | Zellinger Jim USGR |
| **Subject:** | USA - MEFENOXAM 2 (TM?) of SIPCAM ??? - URGENT |



mp5KC001.pdf

ear Jim,

Please see below. I was informed that SIPCAM uses its MEFENOXAM 2 with the TM - sign (see attachment). Of course, the global PM P. Gall is now very worried, keeping in mind that our application for MEFENOXAM was rejected as being generic.

Could you please investigate and take the necessary actions:

- Maybe they applied for the mark and got a refusal. In this case, I guess you should send them a warning letter to stop the unlawful use of the TM-sign and inform the USPTO. This would also apply, if they haven't filed for the mark at all.

- I they applied and didn't get a refusal yet, could you take this up with the USPTO and intervene, due to the fact that MEFENOXAM is generic in the US and we -also- had our application rejected?

Please advise.

Best regards,

Joachim

-----Original Message-----
From: Gall Philippe CHBS
Sent: Freitag, 6. September 2002 11:48
To: Hofmann Joachim CHBS
Subject: FW: mp5KC001.pdf

Dear Joachim,

PLease have a look at the following document:

You will see that SIPCAM did apparently register MEFENOXAM2 as a Trade Mark in the US.

How it is possible ?

Regards

Philippe

CONFIDENTIALITY STATEMENT: This electronic message contains information from the legal department of Syngenta Crop Protection, Inc. and is confidential or privileged. The information is intended solely for the use of the individual(s) or entities name

-----Original Message-----
From: McKenzie Duncan CHBS
Sent: mardi 3 septembre 2002 14:36
To: Gall Philippe CHBS
Cc: Stockmar Christian CHBS
Subject: FW: mp5KC001.pdf


Philippe,

Does SIPCAM USA sell metenoxam under the trade name: Mefenoxam 2?

Duncan

-----Original Message-----
From: McKenzie Duncan CHBS
Sent: Dienstag, 3. September 2002 14:32
To: McKenzie Duncan CHBS
Subject: mp5KC001.pdf

CONFIDENTIALITY STATEMENT: This electronic message contains information from the legal department of Syngenta Crop Protection, Inc. and is confidential or privileged. The information is intended solely for the use of the individual(s) or entities name

## Zellinger Jim USGR

| | |
|---|---|
| From: | Zellinger Jim USGR |
| Sent: | Monday, September 09, 2002 8:49 AM |
| To: | Hofmann Joachim CHBS |
| Cc: | Goggin John USGR |
| Subject: | RE: USA - MEFENOXAM 2 (TM?) of SIPCAM ??? - URGENT |

goggin has a number of letters to them from me including a response where they promised to remove (and did in some instances) the TM notice. I assume that I have a go ahead for a lawsuit (which I recommend). await the letters from goggin. jaz

-----Original Message-----
From: Hofmann Joachim CHBS
Sent: Monday, September 09, 2002 4:35 AM
To: Zellinger Jim USGR
Subject: USA - MEFENOXAM 2 (TM?) of SIPCAM ??? - URGENT

Dear Jim,

Please see below. I was informed that SIPCAM uses its MEFENOXAM 2 with the TM - sign (see attachment).
Of course, the global PM P. Gall is now very worried, keeping in mind that our application for MEFENOXAM was rejected as being generic.

Could you please investigate and take the necessary actions:

- Maybe they applied for the mark and got a refusal. In this case, I guess you should send them a warning letter to stop the unlawful use of the TM-sign and inform the USPTO. This would also apply, if they haven't filed for the mark at all.

- If they applied and didn't got a refusal yet, could you take this up with the USPTO and intervene, due to the fact that MEFENOXAM is generic in the US and we -also- had our application rejected?

Please advise.

Best regards,

Joachim

-----Original Message-----
From: Gall Philippe CHBS
Sent: Freitag, 6. September 2002 11:48
To: Hofmann Joachim CHBS
Subject: FW: mp5KO001.pdf

Dear Joachim,

PLease have a look at the following document:

CONFIDENTIALITY STATEMENT: This electronic message contains information from the legal department of Syngenta Crop Protection, Inc. and is confidential or privileged. The information is intended solely for the use of the individual(s) or entities name

You will see that SIPCAM did apparently register MEFENOXAM2 as a Trade Mark in the US.

How it is possible ?

Regards

Philippe

-----Original Message-----
From: McKenzie Duncan CHBS
Sent: mardi 3 septembre 2002 14:36
To: Gall Philippe CHBS
Cc: Stockmar Christian CHBS
Subject: FW: mp5KC001.pdf


Philippe,

Does SIPCAM USA sell mefenoxam under the trade name: Mefenoxam 2?

Duncan

-----Original Message-----
From: McKenzie Duncan CHBS
Sent: Dienstag, 3. September 2002 14:32
To: McKenzie Duncan CHBS
Subject: mp5KC001.pdf

CONFIDENTIALITY STATEMENT:  This electronic message contains information from the legal department of Syngenta Crop Protection, Inc. and is confidential or privileged.  The information is intended solely for the use of the individual(s) or entities name



EXHIBIT / ATTACHMENT



(To be scanned in place of tab)



# SIPCAM AGRO USA, INC.

March 1, 2002

Mr. James A Zellinger
Trademark Counsel
Syngenta Crop Protection, Inc.
P.O. Box 18300
Greensboro, North Carolina 27419-8300

Dear Sir:

We are in receipt of your letter dated February 21, 2002.

You are correct in stating that Sipcam Agro does not have a registered trademark for Mefenoxam, and it was inadvertently put on the back of one of our labels.

We have destroyed all of these unused labels and any new printing will not bear this claim.

We note that you state that you are trying to trademark Mefenoxam. We are surprised that you are trying to do this since Mefenoxam is a common name for this pesticide and not available to trademark.

If you continue to try to register Mefenoxam as a Sygenta trademark, we will oppose it vigorously.

Sincerely,

Fred Hallemann, President
Sipcam Agro USA Inc.



# EXHIBIT / ATTACHMENT

## _____D_____

(To be scanned in place of tab)

**James A. Zellinger**
Trademark Counsel

**Syngenta Crop Protection, Inc.**
410 Swing Road
Greensboro, NC  27409

Tel 336-632-7835
Fax 336-632-2012
e-mail:
jim.zellinger@syngenta.com

# syngenta

April 11, 2002

Sipcam Agro USA, Inc.
300 Colonial Center Parkway
Suite 230
Roswell, Georgia 30076

SUBJECT:     **_Mefenoxam_**

Dear Mr. Hallemann:

I am in receipt of your letter of March 1, 2002.  Please note that my client has long-standing trademark rights to the mark Mefenoxam.  While it may not prohibit the use of that name as an active ingredient by others, it can assert, use, and prevent others from using the name as a trademark.

As your label correctly states, Mefenoxam is listed as an active ingredient and less than twenty-five percent (25%) of the actual product which your company sells.  To call or describe your product as simply Mefenoxam or Mefenoxam 2 is a blatant misrepresentation, inaccurate, and a further act (in addition to the earlier false trademark claims) of Unfair Competition (15 U.S.C. sec 1125(a)).  Thus any continued use of this name as a product, product name, or trademark is a misrepresentation and violation of federal law.  It must cease immediately.

Meanwhile, I will convey your threats to my client concerning the trademark issue and my client's trademark rights.  However, that is a separate issue than your misrepresentation and mislabeling.

Very truly yours,

James A. Zellinger
Trademark Counsel
Syngenta Crop Protection, Inc.

JAZ:kmw



MAY 7 2002

## SIPCAM AGRO USA, INC.

May 3, 2002


Syngenta Crop Protection, Inc.
410 Swing Road
Greensboro, North Carolina 27409
Attention: Mr. James A Zellinger


    Re: Mefenoxam

Dear Mr. Zellinger:

We are in receipt of your letter of April 11, 2002. Sipcam and others
have used the tradename "Mefenoxam" for many years without objection.
It is a generic mark and we intend to continue to use it as such.

Furthermore, we do not believe there is a basis for Syngenta obtaining
a federal registration of the name as a trademark. At the appropriate
time we intend to file objections to Syngenta's or to any other person's
application for federal registration of "Mefenoxam" as a trademark.

Finally, we reject your allegations that our use of the mark violates
15 U.S.C.§1125(a).

Please contact the undersigned with any questions.

Very truly yours,

Fred Hallemann

James A. Zellinger
Trademark Counsel

Syngenta Crop Protection, Inc.
410 Swing Road
Greensboro, NC 27409

Tel 336 632-7835
Fax 336 632-2012
e-mail
jim.zellinger@syngenta.com



May 30, 2002

J.S. Lovell
Nation's AG, LLC
4680 Monticello Avenue
18i-174
Williamsburg, VA 23188

SUBJECT:   *Mefenoxam 2EC*

Dear Sirs:

I attach a letter of authorization in regard to your request for 'Metomil'. However, as we discussed, we cannot agree and thus authorize your use of a product bearing a 'Mefenoxam' brand name. It is our position that 'Mefenoxam' is a trademark of Syngenta Company. Notwithstanding your position that mefenoxam is a generic name for an active ingredient, it cannot be used as a brand name (as it clearly is by the addition of 2EC, etc.)

While you may continue to use the identifier 'Mefenoxam' as an ingredient of your product, it cannot be branded as 'Mefenoxam' nor generically called mefenoxam since that is a mere ingredient and neither the brand nor the product.

We will be happy to supply the necessary authorization upon revision to your product brand name.

Very truly yours,

James A. Zellinger
Trademark Counsel
Syngenta Crop Protection, Inc.

JAZ.kmw

cc   Ms. Kathy Wynn
        Ms. Betsy Katzman



# EXHIBIT / ATTACHMENT



(To be scanned in place of tab)

James A. Zellinger
Trademark Counsel

Syngenta Crop Protection, Inc.
410 Swing Road
Greensboro, NC 27409

Tel 336-632-7835
Fax 336-632-2012
e-mail:
jim.zellinger@syngenta.com



September 9, 2002

Sipcam Agro USA, Inc.
300 Colonial Center Parkway
Suite 230
Roswell, Georgia 30076

SUBJECT·   *Mefenoxam*

Dear Sir:

As a final demand and response to your letter of May 3, 2002, said letter fails to address those issues raised in my previous correspondence. I strongly urge you to contact legal counsel for advise. You appear unable to grasp the difference between a brand name and ingredient name. Your EPA registration of "MEFENOXAM 2" as a brand name is a misrepresentation and illegal. Your use of "MEFENOXAM 2" as a brand name (and previous use and claim as a trademark) is also misleading and a continued act of unfair competition 15 U.S.C. sec 1125(a). As the earlier trademark claims were said acts.

My client demands that you immediately cease use of "MEFENOXAM" or "MEFENOXAM 2" as a brand name <u>and</u> that <u>further</u> you amend your MSDS-EPA label filing to delete said reference.

If you fail to take this simple and legally required action, my clients will seek redress in federal district court. I must have your response within 14 days.

Very truly yours,

James A. Zellinger
Trademark Counsel
Syngenta Crop Protection, Inc.

JAZ:kmw

letter/mefenoxam_sipcom3



# EXHIBIT / ATTACHMENT

## F

(To be scanned in place of tab)

James A. Zellinger.          **Syngenta Crop Protection, Inc.**
Trademark Counsel            410 Swing Road
                            Greensboro, NC 27409

Tel 336-632-7835
Fax 336-632-2012
e-mail:
jim.zellinger@syngenta.com



October 7, 2002

<u>Final Demand</u>

Sipcam Agro USA, Inc.
300 Colonial Center Parkway
Suite 230
Roswell, Georgia 39076

SUBJECT:   **Mefenoxam**

Dear Sir:

As a final demand and response to your letter of May 3, 2002, said letter fails to address those issues raised in my previous correspondence.  I strongly urge you to contact legal counsel for advise.  You appear unable to grasp the difference between a brand name and ingredient name.  Your EPA registration of "MEFENOXAM 2" as a brand name is a misrepresentation and illegal.  Your use of "MEFENOXAM 2" as a brand name (and previous use and claim as a trademark) is also misleading and a continued act of unfair competition 15 U.S.C. sec 1125(a).  As the earlier trademark claims were said acts.

My client demands that you immediately cease use of "MEFENOXAM" or "MEFENOXAM 2" as a brand name <u>and</u> that <u>further</u> you amend your MSDS-EPA label filing to delete said reference.

If you fail to take this simple and legally required action, my clients will seek redress in federal district court.  I must have your response within 14 days.

Very truly yours,

James A. Zellinger
Trademark Counsel
Syngenta Crop Protection, Inc.

JAZ:kmw

letter/mefenoxam.sipcam4

N E E D L E  &  R O S E N B E R G

NEEDLE & ROSENBERG PC
THE CANDLER BUILDING
127 PEACHTREE STREET NE
ATLANTA, GEORGIA 30303-1811
404-688-0770
NEEDLEROSENBERG.COM

October 18, 2002

Sumner C. Rosenberg
404-688-9880 FACSIMILE
srosenberg@needlerosenberg.com

Honorable Luther D. Thomas
Clerk of Court
USDC, NORTHERN DISTRICT OF GEORGIA
2211 U.S. Courthouse
75 Spring Street, SW
Atlanta, Georgia  30335

RE:     *Sipcam Agro USA, Inc. v Syngenta Crop Protection, Inc.*
        N&R Reference No. 19288.4000

                                                    1:02 CV-2848

Dear Mr. Thomas:

Enclosed for filing in connection with the above-referenced case, please find the original and three (3) copies of a **COMPLAINT**.  Please return to me two (2) copies of the Complaint stamped "Filed" by the courier.  Thank you for your assistance.

Very truly yours,

NEEDLE & ROSENBERG, P.C.

Sumner C. Rosenberg

Enclosures

# ORIGINAL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

SIPCAM AGRO USA, INC.                    SUMMONS IN A CIVIL ACTION

                v.                       CASE NUMBER:

                                         **1:02 CV-2848**

SYNGENTA CROP PROTECTION, INC.


TO:
*Syngenta Crop Protection, Inc. -*
CT CORPORATE SYSTEM
REGISTERED AGENT FOR
SYNGENTA CROP PROTECTION, INC.
410 Swing Road
Greensboro, North Carolina  27409


        YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and

serve upon PLAINTIFF'S ATTORNEYS:

SUMNER C. ROSENBERG, ESQ.
LAWRENCE K. NODINE, ESQ.
MARK L. SEIGEL, ESQ.
Needle & Rosenberg, P.C.
The Candler Building
127 Peachtree Street, N.E.
Atlanta, GA 30303


an Answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after
service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.


**LUTHER D. THOMAS**                     OCT 1 8 2002
_____                 _____
Clerk                                    Date
By _____
Deputy Clerk

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date |
|---|---|
| Name of Server | Title |

Check on box below to indicate appropriate method of service

☐     Served personally upon the defendant.  Place where served:_____
_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of
suitable age and discretion then residing therein.
Name of Person with whom the summons and complaint were left:_____

☐     Returned unexecuted:_____
_____
_____

☐     Other (specify):_____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____      _____
                                       Signature of Server

                                       _____
                                       Address of Server